UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ABRAHIM KASSIM,<br><br>              Defendant. | No. 1:23-cr-00527 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As stated at the March 14, 2024 status conference, the next conference is set for May 2, 2024 at 10:00 a.m.  Speedy trial time was excluded on March 14, 2024 until May 2, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.

Dated: March 19, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge