**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)   488-1900
TELECOPIER:   (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

\* ADMITTED IN NY & NJ

LANCE LAZZARO

RANDALL LAZZARO \*

JAMES KILDUFF \*

JAMES KIRSHNER

ROGER GREENBERG

August 26, 2024

**Sent via ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   **United States v. Abrahim Kassim**
      **Case No.: 1:23-cr-00527-JLR**

Dear Judge Rochon:

        As you are aware, this firm represents Mr. Abrahim Kassim with regards to the above-referenced matter. Mr. Kassim is currently scheduled for a court appearance before Your Honor on September 5, 2024 for sentencing. However, Mr. Kassim is scheduled for lumbar spine surgery on November 7th. Therefore I am respectfully requesting that Mr. Kassim's sentencing date be adjourned to December 18, 2024. AUSA Delligatti has stated that the Government does not oppose this request for an adjournment. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

                                        Very Truly Yours,

                                        BY: _____
                                              LANCE LAZZARO

cc: AUSA Delligatti via ECF