**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)   488-1900
TELECOPIER:   (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO                                                     * ADMITTED IN NY & NJ

RANDALL LAZZARO *

JAMES KILDUFF *

 JAMES  KIRSHNER
ROGER  GREENBERG

September 11, 2024

**<u>Sent via ECF</u>**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     United States v. Abrahim Kassim
        Case No.: 23-cr-00527-JLR

Dear Judge Rochon:

    As you are aware, this firm represents Mr. Abrahim Kassim with regard to the above referenced matter. We are requesting permission for Mr. Kassim to travel to Detroit, Michigan between September 12, 2024 and September 16, 2024 with his wife.   The reason for this request is that Mr. Kassim will be visiting his sick aunt with his wife. Mr. Kassim will be staying at the Double Tree Hotel located in 5801 Southfield Fwy, Detroit Michigan 48228.

    My office has been in contact with Officer Rhyne with Pretrial Services, and she has no objections. AUSA Jacklyn Delligati has deferred her position to Pretrial Services. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

Very Truly Yours,

BY: _____

Lance Lazzaro, Esq.

cc: AUSA Jaclyn Delligatti
via ECF