LAW OFFICES
## LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *

JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

December 3rd, 2024

**Sent via ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED in part. Sentencing shall be adjourned to January 6, 2025, at 1:00 p.m.

Dated: December 4, 2024
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   United States v. Abrahim Kassim
      Case No.: 23-cr-00527-JLR

Dear Judge Rochon:

    As you are aware, this firm represents Mr. Abrahim Kassim with regard to the above referenced matter which is currently scheduled for sentencing before your Honor on December 18, 2024. At this time, I would like to request a two-week adjournment to January 3rd, 2024. The reason for this request is that I am still gathering materials to complete my sentencing submission. My office has been in contact with AUSA Jacklyn Delligati and she has consented to a two week objection. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

Very Truly Yours,

BY: _____
Lance Lazzaro, Esq.

cc: AUSA Jaclyn Delligatti
via ECF